333 A.2d 880
**COMMONWEALTH of Pennsylvania**
v.
**Sherman Elloyd MOORE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Nov. 11, 1974.

Decided March 18, 1975.

Michael I. Luber, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Jr., Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, Mi-

chael Henry, Asst. Dist. Atty., Abraham J. Gafni, Deputy Dist. Atty., for Law, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.
Order affirmed.